IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-12-168 |
| | § | |
| DARREN DAVID CHAKER | § | |

## ORDER

The Court has received Defendant's Motion to Approve Jury Waiver [Doc. # 104], to which the Government has agreed. It is hereby **ORDERED** that Defendant's jury waiver is approved. This case will proceed on March 26, 2013, as a bench trial. The pretrial conference scheduled for Thursday, March 21, 2013, at noon remains set.

SIGNED at Houston, Texas, this **19th** day of **March, 2013**.

_____
Nancy F. Atlas
United States District Judge